M. RANDALL OPPENHEIMER (S.B. #77649)
roppenheimer@omm.com
DAWN SESTITO (S.B. #214011)
dsestito@omm.com
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, California 90071-2899
Telephone: (213) 430-6000
Facsimile: (213) 430-6407

JONATHAN A. HUNTER (*Pro hac vice forthcoming*)
jahunter@liskow.com
STEPHEN W. WIEGAND (*Pro hac vice forthcoming*)
swwiegand@liskow.com
CARSON M. HADDOW (*Pro hac vice forthcoming*)
chaddow@liskow.com
LISKOW & LEWIS
701 Poydras Street, Suite 5000
New Orleans, Louisiana 70139
Telephone: (504) 581-7979
Facsimile: (504) 556-4108

*Attorneys for Applicant for Intervention*
EXXON MOBIL CORPORATION

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA, ex rel. KAMALA D. HARRIS, ATTORNEY GENERAL; CALIFORNIA COASTAL COMMISSION, <br><br> Plaintiffs, <br><br> vs. <br><br> UNITED STATES DEPARTMENT OF THE INTERIOR; BUREAU OF OCEAN ENERGY MANAGEMENT; BUREAU OF SAFETY AND ENVIRONMENTAL ENFORCEMENT; RICHARD YARDE, Regional Supervisor, Bureau of Ocean Energy Management; and DAVID FISH, Acting Chief, Environmental Compliance Division, Bureau of Safety and Environmental | Case No. 2:16-cv-09352-PSG-FFMx <br><br> **NOTICE OF INTERESTED PARTIES** <br><br> Hon. Philip S. Gutierrez |

Enforcement,

Defendants.

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Local Rule 7.1-1 for the United States District Court for the Central District of California, the undersigned, counsel of record for Applicant for Intervention Exxon Mobil Corporation states that Exxon Mobil Corporation is a publicly traded corporation and that it has no corporate parent. No publicly held corporation owns 10% or more of Exxon Mobil Corporation's stock.

The undersigned, counsel of record for Applicant for Intervention Exxon Mobil Corporation certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable this Court to evaluate possible disqualification or recusal:

1. Exxon Mobil Corporation, Applicant for Intervention.

DATED: February 8, 2017.

Respectfully submitted,

M. RANDALL OPPENHEIMER
DAWN SESTITO
O'MELVENY & MYERS LLP

/s/ Dawn Sestito
Dawn Sestito
**Attorneys for Exxon Mobil Corporation**

**Pro Hac Vice Admission Sought:**
Jonathan A. Hunter
Stephen W. Wiegand
Carson M. Haddow
Liskow & Lewis
701 Poydras Street, 50th Floor
New Orleans, LA 70139
Telephone: (504) 556-4131
Facsimile: (504) 556-4108